UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00269-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. DAN KHAU TANG,

 Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 Due to a scheduling conflict with the Court's calendar, the sentencing hearing set for Friday, March 12, 2010 at 9:00 a.m. is **VACATED and RESET to Thursday, March 25, 2010 at 9:30 a.m. for four hours.**

 Dated: February 4, 2010.