IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00269-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAN KHAU TANG,

    Defendant.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture (docket # 44). The Court having read said Motion and being fully advised in the premises finds:

THAT the United States commenced this action pursuant to 18 U.S.C. §982;

THAT a Preliminary Order of Forfeiture was entered on January 16, 2010, (Docket #28);

THAT all known interested parties were provided an opportunity to respond and that publication has been effected;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. §982;

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the Motion for Final Order of Forfeiture is **GRANTED.** It is

FURTHER ORDERED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. §982, free from the claims of any other party:

    a. $17,797.00 in United States currency;

    b. $320,120.00 in United States currency;

    c. $170,000.00 in United States currency;

    d. $400,100.00 in United States currency; and

    e. $44,583.72 check converted to cash; and

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated: March 30, 2010

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
Chief United States District Judge